**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| **v.** | : | |
| | : | **No. 12-03** |
| **ROBERT FRANZ** | : | |

## ORDER

  **AND NOW**, this **18th** day of **October**, **2012**, upon consideration of Defendant's Motion to Suppress, the Government's response thereto, Defendant's Proposed Findings of Fact and Conclusions of Law, the Government's Proposed Findings of Fact and Conclusions of Law, Defendant's Supplemental Brief in Support of His Motion to Suppress, the Government's response thereto, and following a suppression hearing on June 21, 2012, it is hereby **ORDERED** that the motion (Document No. 16) is **DENIED**.

          **BY THE COURT:**

          _____

          **Berle M. Schiller, J.**